IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLINTON DARAL FIFER                                                    PLAINTIFF

v.                              Case No. 4:23-cv-4088

LIEUTENANT KAREN GHORMELY, *et al*.                          DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable

Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 37.  Judge Comstock recommends that Defendants' Motion for Summary Judgment (ECF No.

31) be granted and that Plaintiff's claims be dismissed with prejudice.  Plaintiff filed a timely

objection, but it offers nothing resembling an argument against Judge Comstock's analysis.  ECF

No. 38.

Upon review, finding no clear error on the face of the record and that Judge Comstock's

reasoning is sound, the Court adopts the R&R (ECF No. 37) in toto.  Defendants' Motion for

Summary Judgment (ECF No. 31) is hereby **GRANTED**.  Plaintiff's claims are hereby

**DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge